DORY OSTERHOUDT, Respondent, *v.* PRUDENTIAL INSUR-
ANCE COMPANY OF AMERICA, Appellant.

*Osterhoudt* v. *Prudential Ins. Co. of America*, 159 App. Div. 291,
affirmed.

(Argued April 15, 1914; decided May 5, 1914.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the third judicial
department, entered December 1, 1913, which reversed an
order of the Ulster County Court denying a motion to
strike out the answer, to adjudge defendant in contempt
and for judgment in favor of plaintiff as upon a default
in an action upon a policy of life insurance.

*Palmer Canfield, Jr.,* and *William D. Brinnier* for
appellant.

*N. Frank O'Reilly* and *John D. Eckert* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-
COCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.